```
FILED
CLERK, U.S. DISTRICT COURT

August 31, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY GARDENSWARTZ, an individual, and SUSAN GARDENSWARTZ, an individual,<br><br>          Plaintiffs,<br><br>  v.<br><br>SUNTRUST MORTGAGE INC., a Virginia Corporations; THE WOLF LAW FIRM, A LAW CORPORATION, a California corporation; DOES 1 THROUGH 20, INCLUSIVE,<br><br>          Defendants. | Case No.: 14-cv-08548-SJO-RZ<br><br>Hon. District Judge S. James Otero<br>Hon. Mag. Judge Ralph Zarefsky<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>State Court Action Case No.: BC557510<br>Action Filed:   September 11, 2014<br>Trial Date:      September 29, 2015 |

///

1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE –
CASE NO. 14-CV-08548-SJO-RZ**

558416.1

1  Based on Plaintiffs JAY GARDENSWARTZ and SUSAN GARDENSWARTZ
2  (collectively "Plaintiffs") and Defendant SUNTRUST MORTGAGE, INC.'s
3  ("SunTrust"), Stipulation for Dismissal with Prejudice, pursuant to Local Rules 7-1
4  and 7-2, and good cause appearing,

**IT IS ORDERED** that

The case is dismissed with prejudice, each side to bear their own costs and fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

August 31, 2015

Dated:_____      _____
                                  HON. S. JAMES OTERO
                                  UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE –
CASE NO. 14-CV-08548-SJO-RZ**

558416.1